

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00196-CV

---

### ARH Pellicano, LLC, Appellant
v.
### American Builders & Contractors Supply Company, Inc., Appellee

---

On Appeal from the 41st District Court
El Paso County, Texas
Trial Court No. 2025DCV1958

---

## MEMORANDUM OPINION

Before the Court is the parties' joint motion to vacate the trial court's judgment. The parties inform the Court that they have settled their differences and ask that we set aside the trial court's order signed on October 18, 2024, and remand this case to the trial court.[1] We grant the motion, set aside the trial court's October 18, 2024 order without regard to the merits, and remand the case

---

[1] The October 18, 2024 order was made a final judgment after the trial court signed, on April 29, 2025, a severance order in trial court cause number 2021DCV4383, and ordered the cause severed into a new case, which was later assigned cause number 2025DCV1958.

to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

GINA M. PALAFOX, Justice

June 16, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.